UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SHANNON D. HOLLIE, | Case No. 17-CV-1434 (PJS/SER) |
| Plaintiff, | |
| v. | ORDER |
| TOM ROY, Commissioner of Minnesota Department of Corrections; MONA DOHMAN, Minnesota Bureau of Criminal Apprehension; MIKE O'FREEMAN, Hennepin County Attorney, | |
| Defendants. | |

Shannon D. Hollie, pro se.

This is a civil-rights action brought by plaintiff Shannon Hollie challenging the alleged imposition of a ten-year term of conditional release and the requirement that he register as a predatory offender. In a May 30, 2017 Report and Recommendation ("R&R"), Magistrate Judge Steven E. Rau recommends summarily dismissing Hollie's complaint. Specifically, Judge Rau recommends dismissing Hollie's conditional-release claim without prejudice as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994) and dismissing Hollie's registration claim with prejudice for failure to state a claim.

This matter is before the Court on Hollie's objection to the R&R. The Court has conducted a de novo review. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Based on that review, the Court overrules Hollie's objection and adopts the R&R.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, the Court ADOPTS the May 30, 2017 R&R [ECF No. 7]. IT IS HEREBY ORDERED THAT:

1. This matter is SUMMARILY DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B) as follows:

    a. Plaintiff's claims related to the validity of his term of conditional release are DISMISSED WITHOUT PREJUDICE.

    b. Plaintiff's claims related to the validity of the requirement that he register as a predatory offender are DISMISSED WITH PREJUDICE AND ON THE MERITS.

2. Plaintiff's application to proceed in forma pauperis [ECF No. 2] is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 30, 2017         s/Patrick J. Schiltz
                             Patrick J. Schiltz
                             United States District Judge